## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO.: 5:03CR13-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ERIC JOEL REYNA, )<br>    Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court upon receipt of correspondence from Defendant's wife, Belinda Ann Reyna, requesting that bond monies be returned to her. Ms. Reyna's letter is construed by the Court as a motion for return of bond. (Document #109)

On April 3, 2003, upon Defendant's arrest, Ms. Reyna posted bond in the amount of $10,000.00 in the United States District Court, Southern District of Texas, Houston Division. *(Case No.: H:03CR274)* On June 5, 2003, following transfer to the Western District of North Carolina pursuant to FED. R. CRIM. P. 40, the Clerk of Court in this district received a check from the Southern District of Texas (in the same amount) to hold during the pendency of Defendant's criminal action.

Defendant was sentenced on December 6, 2004. Judgment was entered on January 6, 2005. Defendant did not exercise his right to direct appeal. This matter is now closed. On October 17, 2005, the Government, via Assistant United States Attorney Kimlani Murray, has advised chambers' staff that it does not contest Ms. Reyna's request.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion For Return Of Bond Money is hereby **GRANTED**;

2) The Financial Administrator is directed to refund the $10,000 appearance bond to Ms. Belinda Ann Reyna, 3570 San Gabriel, Mission, Texas 78572; and

3) The Deputy Clerk is directed to forward a copy of this Order to Defense Counsel, U.S. Attorney's Office, U.S. Probation, U.S. Marshal's Service, Financial Administrator, and Chief Deputy Clerk.

1

**Signed: October 17, 2005**

Richard L. Voorhees
United States District Judge